UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:21-cv-11147-FDS

ANTHONY WATSON,

    Plaintiff,

v.

DORSTON BARTLETT, DAVID FINNERTY, and KENNY ORCEL, in their individual capacities, and the MASSACHUSETTS BAY TRANSPORTATION AUTHORITY (MBTA),

    Defendants

**JOINT MOTION TO EXTEND DEADLINE IN SETTLEMENT ORDER OF DISMISSAL**

NOW COME the parties in the above-entitled action and respectfully request that this Honorable Court extend the deadline as established in the Settlement Order of Dismissal [Document 41] by 45 days to January 20, 2024.

As grounds for this request, the parties state as follows:

1. The parties have agreed to resolve this case.

2. At the parties' request, the Court entered a Settlement Order of Dismissal on November 6, 2023. Document 41.

3. The Court ordered the case "dismissed without costs and without prejudice to the right of any party, upon good cause shows, to reopen the action withing thirty (30) days if settlement is not consummated." Document 41.

4. The parties have agreed to terms and language in a release of all claims that will settle the case.

1

5. However, the parties require additional time to accomplish the settlement because the Plaintiff is having issues obtaining a notary as he does not have identification. He has ordered and is currently waiting to receive a copy of his birth certificate.

6. The parties therefore request additional time to allow the Plaintiff to accomplish these tasks.

7. The allowance of this motion will not prejudice any party and is in the interests of justice and judicial economy.

WHEREFORE, the parties respectfully request that this Honorable Court extend the deadline in the Settlement Order of Dismissal by 45 days, until January 20, 2024.

Respectfully submitted,

The Defendant,
Massachusetts Bay Transportation Authority (MBTA),

*/s/ Thomas R. Donohue*
Thomas R. Donohue, BBO# 643483
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
tdonohue@bhpklaw.com

The Plaintiff,
Anthony Watson,

*/s/ Jennifer McKinnon*
Jeffrey Wiesner, BBO# 655814
Jennifer McKinnon, BBO# 657758
Wiesner McKinnon LLP
90 Canal Street
Boston, MA 02114
(617) 303-3940
jwiesner@jwjmlaw.com
jmckinnon@jwjmlaw.com

The Defendant,
Dorston Bartlett,

*/s/ Gordon W. Spencer*
Gordon W. Spencer, BBO# 630488
945 Concord Street
Framingham, MA 01701
(508) 231-4822
attyspencer@aol.com

The Defendant,
David Finnerty,

*/s/ Jared Burke*
Tim Burke, BBO# 065720
Jared Burke, BBO# 677851
Law Offices of Timothy M. Burke
117 Kendrick Street, Suite 300
Needham, MA 02494
(781) 455-0707
tburke@timburkelaw.com

The Defendant,
Kenny Orcel,

*/s/ Mitch Notis*
Mitch Notis, BBO# 374360
Law Offices of Mitchell Notis
27 Harvard Street
Brookline, MA 02445
(617) 566-2700 (office)
(617) 852-4072 (cell)
mitchnotis@aol.com

DATED: December 7, 2023

## CERTIFICATE OF SERVICE

     I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

     */s/ Thomas R. Donohue*
Thomas R. Donohue, BBO# 643483

DATED: December 7, 2023